# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>ROBERT RAY SAYNE<br><br>*Defendant* | )<br>)<br>) Case No. 2:09-CR-96<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ROBERT RAY SAYNE ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Count One: False statements in a matter within federal agency jurisdiction in violation of 18:1001;
Count Two: Wire fraud in violation of 18:1343.

Date: 10-15-09

*Issuing officer's signature*

PATRICIA L. McNUTT, CLERK
*Printed name and title*

City and state: Greeneville, Tennessee

---

### Return

This warrant was received on *(date)* 10-15-09 , and the person was arrested on *(date)* 10-22-09
at *(city and state)* GREENEVILLE, TN .

Date: 10-22-09

*Arresting officer's signature*

DUSM MARCUS BALL
*Printed name and title*

FID # 671993        1074-1015-0109-J